IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| Roberto De Lucia, <br><br> Petitioner, <br><br> vs. <br><br> Rachel Marina Castillo, Pedro Castillo, and Marina Castillo <br><br> Respondents. | Civil Action No. 3:19-cv-0007 <br><br> (Hague Convention Action) |

**ORDER**

The motion of Petitioner Roberto De Lucia for an Order allowing his U.S. counsel to forward a copy of the eyes only transcript of the *in camera* proceedings conducted by this Court on April 8, 2019 in this case ("Transcript") to Petitioner's Italian counsel until further order of Court having been read and considered, and premises considered, the same is hereby GRANTED.

It is ORDERED that U.S. counsel for Petitioner may forward the Transcript to Petitioner's Italian counsel, Richard Ostiante and Rosa Cacciola, for their eyes only until further order of the Court. Should Italian counsel desire to provide the Transcript to any other person or entity other than personnel within their respective law firms, Italian counsel, through U.S. counsel, shall make application to this Court for a modification of the restrictions presently imposed upon the Transcript and shall show good cause why the restriction should be modified.

So ORDERED this 13th day of December, 2019.

S/Clay D. Land
The Honorable Clay D. Land, Chief Judge
United States District Court for the Middle District of Georgia